# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,440,530

United States Patent and Trademark Office

Registered Apr. 3, 2001

# TRADEMARK
## PRINCIPAL REGISTER

# CREE

CREE, INC. (NORTH CAROLINA CORPORATION)
4600 SILICON DRIVE
DURHAM, NC 277038475 , BY CHANGE OF NAME CREE RESEARCH, INC. (NORTH CAROLINA CORPORATION) DURHAM, NC 27703

FOR: ELECTRONIC DEVICES AND MATERIALS, NAMELY, OPTOELECTRONIC DEVICES, LIGHT EMITTING DIODES, PHOTODIODES, AND SILICON CARBIDE SEMICONDUCTOR WAFERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1990; IN COMMERCE 7-0-1990.

SEC. 2(F).

SER. NO. 75-861,568, FILED 12-1-1999.

J. TINGLEY, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 3,360,315**
**Registered Dec. 25, 2007**

**United States Patent and Trademark Office**

## TRADEMARK
### PRINCIPAL REGISTER

CREE, INC. (NORTH CAROLINA CORPORATION)

4600 SILICON DRIVE

DURHAM, NC 27703

FOR: OPTOELECTRONIC DEVICES AND MATERIALS, NAMELY, LIGHT EMITTING DIODES, PHOTODIODES, PACKAGED LIGHT EMITTING DIODES, LASER DIODES, SEMICONDUCTOR DEVICES THAT INCLUDE SEMICONDUCTOR WAFERS; ELECTRONIC COMPONENTS, MODULES AND SUBASSEMBLIES IN THE NATURE OF LIGHT EMITTING DIODES USED FOR PROVIDING BACKLIGHTING IN LIQUID CRYSTAL DISPLAY MONITORS, TELEVISIONS, AND RELATED VIDEO DISPLAYS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-2007; IN COMMERCE 4-30-2007.

OWNER OF U.S. REG. NOS. 2,440,530, 2,914,747, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LEDS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS CREE AND LEDS, WHEREIN THE TERM LEDS APPEARS BELOW A PORTION OF THE WORD CREE, AND INCLUDING A HORIZONTAL LINE BELOW A PORTION OF THE WORD CREE, AND FURTHER INCLUDING A DIAMOND DESIGN TO THE RIGHT OF THE WORD CREE AND ABOVE THE WORD LEDS.

SN 77-081,254, FILED 1-11-2007.

SUSAN LESLIE DUBOIS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# CREE

**Reg. No. 3,935,628**

**Registered Mar. 22, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CREE, INC. (NORTH CAROLINA CORPORATION)
4600 SILICON DRIVE
DURHAM, NC 27703

FOR: DIODES; TRANSISTORS; SEMICONDUCTOR DEVICES; SEMICONDUCTOR CHIPS; SEMICONDUCTOR WAFERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1990; IN COMMERCE 7-0-1990.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,440,530, 3,327,299, AND OTHERS.

SN 77-934,002, FILED 2-11-2010.

SUSAN RICHARDS, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# CREE

**Reg. No. 3,935,629**

**Registered Mar. 22, 2011**

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

CREE, INC. (NORTH CAROLINA CORPORATION)
4600 SILICON DRIVE
DURHAM, NC 27703

FOR: FLASHLIGHTS; LED (LIGHT EMITTING DIODE) LIGHTING FIXTURES; LIGHT BULBS; LIGHTING FIXTURES; SPOTLIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 5-31-2008; IN COMMERCE 5-31-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,440,530, 3,526,887, AND OTHERS.

SN 77-934,008, FILED 2-11-2010.

SUSAN RICHARDS, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

**CREE**

**Reg. No. 3,935,630**

**Registered Mar. 22, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CREE, INC. (NORTH CAROLINA CORPORATION)
4600 SILICON DRIVE
DURHAM, NC 27703

FOR: DIODES; TRANSISTORS; SEMICONDUCTOR DEVICES; SEMICONDUCTOR CHIPS; SEMICONDUCTOR WAFERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1990; IN COMMERCE 7-0-1990.

OWNER OF U.S. REG. NOS. 2,440,530, 3,327,299, AND OTHERS.

THE MARK CONSISTS OF THE TERM "CREE" TO THE LEFT OF A DIAMOND-SHAPED DESIGN.

SN 77-934,018, FILED 2-11-2010.

SUSAN RICHARDS, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 3,014,910**
**Registered Nov. 15, 2005**

# United States Patent and Trademark Office

## TRADEMARK
## PRINCIPAL REGISTER

# XLAMP

CREE, INC. (NORTH CAROLINA CORPORATION)
4600 SILICON DRIVE
DURHAM, NC 27703

FOR: OPTOELECTRONIC DEVICES, NAMELY, LIGHT EMITTING DIODES FOR ILLUMINATION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-30-2004; IN COMMERCE 6-30-2004.

OWNER OF U.S. REG. NO. 2,644,418.

SER. NO. 78-313,488, FILED 10-14-2003.

AMOS T. MATTHEWS, JR., EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 3,327,299**

**United States Patent and Trademark Office** **Registered Oct. 30, 2007**

## TRADEMARK
### PRINCIPAL REGISTER

CREE, INC. (NORTH CAROLINA CORPORATION)

4600 SILICON DRIVE

DURHAM, NC 27703

FOR: OPTOELECTRONIC DEVICES AND MATERIALS, NAMELY LIGHT EMITTING DIODES, PHOTODIODES, PACKAGED LIGHT EMITTING DIODES, LASER DIODES, SEMICONDUCTOR DEVICES THAT INCLUDE SEMICONDUCTOR WAFERS; ELECTRONIC COMPONENTS, MODULES AND SUBASSEMBLIES IN THE NATURE OF LIGHT EMITTING DIODES USED FOR PROVIDING BACKLIGHTING IN LIQUID CRYSTAL DISPLAY MONITORS, TELEVISIONS, AND RELATED VIDEO DISPLAYS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-2006; IN COMMERCE 5-1-2006.

OWNER OF U.S. REG. NOS. 2,440,530, 2,922,689, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LED LIGHT", APART FROM THE MARK AS SHOWN.

SN 78-811,892, FILED 2-10-2006.

COLLEEN KEARNEY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# CREE

**Reg. No. 4,641,937**

**Registered Nov. 18, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CREE, INC. (NORTH CAROLINA CORPORATION)
4600 SILICON DRIVE
DURHAM, NC 27703

FOR: APPARATUS AND INSTRUMENTS FOR SWITCHING, TRANSFORMING, REGULATING OR CONTROLLING ELECTRICITY; ELECTRICAL INTEGRATED CONTROL SYSTEMS FOR USE IN THE FIELDS OF LIGHTING, LED LIGHTING, AND SECURITY; ELECTRIC SWITCHES, ELECTRICAL CONTROLLERS, ELECTRONIC CIRCUITS AND ELECTRIC COMPONENTS FOR LIGHTING, NAMELY, ELECTRICAL LIGHTING CONTROLLERS, ELECTRIC LIGHT DIMMERS, SENSORS, ELECTRIC TRANSMITTERS AND RECEIVERS FOR LIGHTING; CONTROL SOFTWARE FOR LIGHTING; WIRELESS REMOTE CONTROLS FOR LIGHTING; CALIBRATION EQUIPMENT, NAMELY, SENSORS AND ELECTRICAL CONTROLLERS FOR LIGHTING; POWER SUPPLIES; ELECTRONIC DRIVER CIRCUITS; MODULES, NAMELY, POWER MODULES AND LIGHTING MODULES; NETWORKING HARDWARE, NAMELY, LIGHTING NETWORK HARDWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-27-2014; IN COMMERCE 3-27-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,440,530, 3,935,628, AND OTHERS.

SN 85-901,135, FILED 4-11-2013.

WON TEAK OH, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office

CREE

**Reg. No. 6,091,202**

**Registered Jun. 30, 2020**

**Int. Cl.: 11, 35**

**Service Mark**

**Trademark**

**Principal Register**

Cree, Inc. (NORTH CAROLINA CORPORATION)
4600 Silicon Drive
Durham, NORTH CAROLINA 27703

CLASS 11: Flashlights; electric lanterns, outdoor portable lighting products, namely, headlamps; automobile and motor vehicle lights

FIRST USE 12-13-2019; IN COMMERCE 12-13-2019

CLASS 35: Online retail store services in the field of lighting; order fulfillment services, namely, mail and telephone order services in the field of lighting, and electronic order processing services for others

FIRST USE 4-9-2015; IN COMMERCE 4-9-2015

The mark consists of the word "CREE" next to a two dimensional striped diamond.

OWNER OF U.S. REG. NO. 2440530, 3935628, 4233855

SER. NO. 86-953,933, FILED 03-25-2016

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

CREE

**Reg. No. 5,566,249**

**Registered Sep. 18, 2018**

**Int. Cl.: 9, 11, 37, 39, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

Cree, Inc. (NORTH CAROLINA CORPORATION)
4600 Silicon Drive
Durham, NORTH CAROLINA 27703

CLASS 9: Optoelectronic devices, namely, light emitting diodes (LEDs); diodes; transistors; semiconductor devices; semiconductor chips; semiconductor wafers; apparatus and instruments for switching, transforming, regulating or controlling electricity, namely, electrical controllers; electrical integrated control systems for use in the fields of lighting, LED lighting, and security; electric switches, electrical controllers, electronic circuits and electric components for lighting, namely, electrical lighting controllers, electric light dimmers, sensors, electric transmitters and receivers for lighting; control software for lighting; wireless remote controls for lighting; calibration equipment, namely, sensors and electrical controllers for lighting; power supplies; electronic driver circuits; modules, namely, power modules, lighting modules in the nature of light emitting diodes used for lighting fixtures, and modules and subassemblies in the nature of light emitting diodes (LEDs); networking hardware, namely, lighting network hardware; downloadable webinars in the field of lighting

FIRST USE 12-28-2015; IN COMMERCE 12-28-2015

CLASS 11: Lighting apparatus, namely, LED lighting fixtures, LED lighting fixtures for indoor and outdoor lighting applications, LED lighting fixtures for use in display, commercial, industrial, residential, and architectural accent lighting applications, and LED landscape lights; lighting fixtures, namely, interior and exterior lighting fixtures; light bulbs; LED lamps; spotlights

FIRST USE 5-14-2015; IN COMMERCE 5-14-2015

CLASS 37: Technical consultation in the field of installation of lighting apparatus, lighting fixtures, lighting instruments, and lighting systems; facilitating and arranging for installation of lighting apparatus, lighting fixtures, lighting instruments, and lighting systems by providing technical advice related to the installation of lighting apparatus, lighting fixtures, lighting instruments, and lighting systems

FIRST USE 3-23-2015; IN COMMERCE 3-23-2015

CLASS 39: Shipping of lighting goods, and controls and accessories therefor

FIRST USE 3-23-2015; IN COMMERCE 3-23-2015

CLASS 41: Educational services, namely, providing seminars and nondownloadable webinars in the field of lighting

FIRST USE 9-24-2015; IN COMMERCE 9-24-2015

CLASS 42: Contract foundry design, testing and engineering support services in the field of semiconductor materials and devices; lighting design and lighting technology specification

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Andrei Iancu

Director of the United States
Patent and Trademark Office

services pertaining to exterior and/or interior commercial, industrial and/or residential applications; design of custom light emitting diodes (LEDs) for others

FIRST USE 3-23-2015; IN COMMERCE 3-23-2015

The mark consists of the word "CREE" next to a two dimensional striped diamond.

OWNER OF U.S. REG. NO. 2440530, 4233855, 3935628

SER. NO. 86-983,905, FILED 03-25-2016